**DISMISS and Opinion Filed December 14, 2022**



In The

**Court of Appeals**

**Fifth District of Texas at Dallas**

_____

**No. 05-22-00993-CV**

_____

**IN THE INTEREST OF C.M.M., G.E.M., A.V.M. AND B.A.M., CHILDREN**

**On Appeal from the 254th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-19-02981**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Pedersen, III
Opinion by Chief Justice Burns

This appeal was filed prematurely, following the oral rendition of judgment. *See Farmer v. Ben E. Keith Co.*, 907 S.W.2d 495, 496 (Tex. 1995) (per curiam) (deadline for filing notice of appeal runs from date written judgment is signed). Although Texas Rule of Appellate Procedure 27.1 deems a prematurely filed notice of appeal filed on the day of, but after, the date a written judgment is signed, it does not require an appellate court to hold an appeal open until an appealable judgment is signed. *See* TEX. R. APP. P. 27.1(a); *Ganesan v. Reeves*, 236 S.W.3d 816, 817 (Tex. App.—Waco 2007, pet. denied). Because nothing before the Court reflected a judgment would be signed imminently, we directed appellant to file a letter brief showing cause why the appeal should not be dismissed for want of jurisdiction. *See*

*Ganesan*, 236 S.W.3d at 817. Although we cautioned appellant that failure to comply within ten days could result in the appeal being dismissed without further notice, *see* TEX. R. APP. P. 42.3(a),(c), appellant has not complied. Accordingly, on the record before us, we dismiss the appeal. *See id.* 42.3(a).

/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

220993F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF C.M.M.,
G.E.M., A.V.M. AND B.A.M.,
CHILDREN

No. 05-22-00993-CV

On Appeal from the 254th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DF-19-02981.
Opinion delivered by Chief Justice
Burns, Justices Molberg and
Pedersen, III participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** that appellee Jennifer Martin recover her costs, if any, of this appeal from appellant Steve Martin, Jr.

Judgment entered December 14, 2022.